UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80829-CIV-RYSKAMP/VITUNAC

DONALD HAMM,
ELLIOT COOK,
RONALD SIMMS,
MARK WAGNER,
MARTHA HARRIS, and
TIMOTHY BRIDGES,
individually and on behalf
of persons similarly situated,
     Plaintiffs,
v.

TBC CORPORATION,
a Delaware corporation, and
TIRE KINGDOM, INC.,
a Florida corporation,
     Defendants.
_____/

## ORDER STAYING THE PROCEEDINGS

THIS CAUSE comes before the Court upon Defendants' Motion for Sanctions Against the Shavitz Law Group for Directly Soliciting Putative Class Members **[DE 58]** filed on December 28, 2007.  Plaintiffs responded **[DE 66]** on January 17, 2008.  Defendants replied **[DE 71]** on January 28, 2008.  The Court held a hearing regarding this matter on February 8, 2008.  The motion is now ripe for adjudication.

This Court has reviewed the record and believes that the Florida Bar is better equipped to determine whether The Shavitz Law Group violated Local Rule 11 and Rule 4-7.4(a) of the Rules Regulating the Florida Bar.  Because of the type of sanctions requested by Defendants in conjunction with this motion, this Court believes that a stay of the entire litigation pending a

decision from the Florida Bar is appropriate. Accordingly, this Court has contacted the Florida Bar and has asked that it investigate these allegations.

The Court having reviewed the record, the applicable law, and being advised in the premises, it is hereby,

**ORDERED and ADJUDGED** that this case and all associated pending motions **[DE 46, 58, 61, 69, 77, 96]** are STAYED until the Florida Bar has reached a determination regarding whether the Shavitz Law Group violated the rules.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida this 11 day of March, 2008.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies to: All counsel of record