UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80829-CIV-RYSKAMP/VITUNAC

DONALD HAMM,
ELLIOT COOK,
RONALD SIMMS,
MARK WAGNER,
MARTHA HARRIS, and
TIMOTHY BRIDGES,
individually and on behalf
of persons similarly situated,

      Plaintiffs,

v.

TBC CORPORATION,
a Delaware corporation, and
TIRE KINGDOM, INC.,
a Florida corporation,

      Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiffs and Opt-In Plaintiffs, and TBC CORPORATION, and TIRE KINGDOM, INC., by and through their undersigned counsel, hereby advise the Court that all matters in controversy herein have been resolved and the parties will file their Settlement Agreement(s) and Joint Motion for Order Approving Settlement Agreement and Dismissing Case for the Court's review and approval within the next ten business (10) days.

Dated: December 1, 2009  Respectfully submitted,
Boca Raton, Florida

**/s/ GREGG I. SHAVITZ**
Gregg I. Shavitz, Esq.
Florida Bar No. 11398
E-mail: gshavitz@shavitzlaw.com
Hal B. Anderson, Esq.
Florida Bar No. 93051
E-mail:hal.anderson@shavitzlaw.com
SHAVITZ LAW GROUP, P.A.
1515 S. Federal Hwy., Suite 404
Boca Raton, Florida 33432
Telephone: 561-447-8888
Facsimile: 561-447-8831
Attorneys for Named Plaintiffs
and Opt-In Plaintiffs

-AND-

**/s/ RICHARD B. CELLER**
Richard Bernard Celler, Esq.
Florida Bar No. 173370
E-mail: rceller@forthepeople.com
Morgan and Morgan
6824 Griffin Road, Suite 3,
Davie, Florida 33314
Telephone: 954-318-0268
Facsimile: 954-333-3515
Attorneys for Other Opt-In Plaintiffs

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on **December 1, 2009**. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

**s/GREGG I. SHAVITZ**
Gregg I. Shavitz
Hal B. Anderson

## SERVICE LIST
*Hamm et al. v. TBC Corp. et al.*
CASE NO. 07-80829-CIV-RYSKAMP /Vitunac
**United States District Court, Southern District of Florida**

KEVIN D. SMITH, ESQ.      (Florida Bar No. 0528137)
E-mail: kevin.smith@fordharrison.com
CHAD K. LANG, ESQ. (Florida Bar No. 0156922)
E-mail: clang@fordharrison.com
FORD & HARRISON LLP
100 S.E. 2nd Street, Suite 4500
Miami, FL 33131
Telephone: 305-808-2100
Facsimile:  305-808-2101
Attorneys for Defendants, TBC CORPORATION
and TIRE KINGDOM, INC.