UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 07-80829-CIV-RYSKAMP/VITUNAC**

DONALD HAMM,
ELLIOT COOK,
RONALD SIMMS,
MARK WAGNER,
MARTHA HARRIS, and
TIMOTHY BRIDGES,
individually and on behalf
of persons similarly situated,

    Plaintiffs,

v.

TBC CORPORATION,
a Delaware corporation, and
TIRE KINGDOM, INC.,
a Florida corporation,

    Defendants.

_____/

## JOINT MOTION FOR ENTRY OF ORDER APPROVING SETTLEMENT AND DISMISSING PLAINTIFFS' CLAIMS

Plaintiffs, Donald Hamm, Elliot Cook, Ronald Simms, Mark Wagner, Martha Harris an Timothy Bridges Edward Alcazar ("Named Plaintiffs"), individuals who have to date filed with this Court notices of consent to opt into this case (collectively with the "Named Plaintiffs" the "Plaintiffs") and Defendants, TBC Corporation and Tire Kingdom, Inc.(the "Defendants") ("Plaintiffs" and "Defendants" collectively, the "Parties"), by and through their attorneys, hereby move this Court for the entry of an Order approving their settlement and dismissing Plaintiffs' claims. In support of this Motion, the Parties state:

1. The Parties, through their respective counsel, stipulate to dismiss with prejudice (except as referenced below) the claims in this case, which allege violations of the Fair Labor Standards Act.

2. These Parties further stipulate that they have resolved their disputes pursuant to a Settlement Agreement and Release ("Settlement Agreement"), a true and correct form of which is attached hereto as Exhibit 1.[1]  Pursuant to the Settlement Agreement, Defendants will pay Plaintiffs the following monies, less applicable taxes, which these Parties agree represent full and fair compensation for any overtime wages allegedly due to Plaintiffs by Defendants:

| | | |
|---|---|---|
| 1. | Donald Hamm | $1,665.52 |
| 2. | Eliott Cook | $2,294.58 |
| 3. | Ronald Simms | $677.74 |
| 4. | Mark Wagner | $856.60 |
| 5. | Martha Harris | $858.60 |
| 6. | Timothy Bridges | $709.54 |
| 7. | Curtis Cortijo | $5,585.78 |
| 8. | Charles McNabb | $1,500.00 |
| 9. | Edward Geiger | $852.64 |
| 10. | David Bermudez | $675.75 |
| 11. | Charles DePotter | $1,886.53 |
| 12. | Robert Ellison | $250.00 |

---

[1] Each of the plaintiffs shall be sent a settlement agreement in the form attached as Exhibit 1, except that any of the Plaintiffs that are 40 years or older shall have an agreement which shall include the necessary language to meet the requirements of the Older Workers Benefit Protection Act.  However, such inclusion does not constitute Plaintiffs' agreement that the release language covers age discrimination claims.

| | | |
|---|---|---|
| 13. | James MacDonald | $300.00 |
| 14. | Phillip Pendell | $1,741.06 |
| 15. | Joe Mahar | $530.00 |
| 16. | Abraham Roman | $926.17 |
| 17. | Jarrod Green | $765.19 |
| 18. | Lester Barberena | $3,070.69 |
| 19. | Yader Matute | $4,440.07 |
| 20. | Dominic Lampos | $3,019.81 |
| 21. | Michael Robinson | $721.47 |
| 22. | Valerie Wozniak | $1,663.54 |
| 23. | Warren Holbrook | $1,195.68 |
| 24. | Titus Braziel | $1,399.20 |
| 25. | Lorenzo Ramsey | $1,391.25 |
| 26. | John Rincon | $530.00 |
| 27. | Kelton Roberts | $808.92 |
| 28. | David Jung | $536.62 |
| 29. | Bobby Street | $2,671.20 |
| 30. | Taylor Blakeney | $915.84 |
| 31. | Charles Homberg | $634.01 |
| 32. | Dior Patrick | $530.00 |
| 33. | Merlier Saint Fleur | $650.00 |
| 34. | Matthew Bitner | $1,025.55 |
| 35. | Brian Talley | $530.00 |

| | | |
|---|---|---|
| 36. | Ray Benson | $250.00 |
| 37. | Luis Vega | $800.00 |
| 38. | Boris Navarette | $530.00 |
| 39. | Teresa Rey | $750.00 |
| 40. | Lloyd Thomas | $300.00 |
| 41. | Feky Archelus | $1,500.00 |
| 42. | Sylvestre Michael | $1,000.00 |
| 43. | Huberman Rubain | $900.00 |
| 44. | Rafael Liriano | $1,250.00 |
| 45. | Dwight Williams | $1,000.00 |
| 46. | Jessica Rodriguez | $400.00 |
| 47. | Eric Corbin | $922.20 |
| 48. | Michael Kraut | $1,097.10 |
| 49. | Willy Elisnord | $1,756.96 |
| 50. | Richard Pitnick | $250.00 |
| 51. | Michael Wilson | $450.00 |
| 52. | Franz Bien Aime | $1,500.00 |

The Parties hereby request that this Court approve the above settlement amounts as fair and reasonable based upon the Plaintiffs' claims.

3. Plaintiffs' counsel hereby states that the following Plaintiffs have agreed to the Settlement Agreement, including the monies offered therein (the "Responders"):

1. Donald Hamm

2. Eliott Cook

- 4 -

3. Ronald Simms

4. Mark Wagner

5. Martha Harris

6. Timothy Bridges

7. Curtis Cortijo

8. Charles McNabb

9. Edward Geiger

10. David Bermudez

11. Charles DePotter

12. Robert Ellison

13. James MacDonald

14. Phillip Pendell

15. Joe Mahar

16. Abraham Roman

17. Jarrod Green

18. Lester Barberena

19. Yader Matute

20. Dominic Lampos

21. Michael Robinson

22. Valerie Wozniak

23. Warren Holbrook

24. Titus Braziel

25. Lorenzo Ramsey

26. John Rincon

27. Kelton Roberts

28. David Jung

29. Bobby Street

30. Taylor Blakeney

31. Charles Homberg

32. Dior Patrick

33. Merlier Saint Fleur

34. Matthew Bitner

35. Brian Talley

36. Ray Benson

37. Luis Vega

38. Boris Navarette

39. Teresa Rey

40. Lloyd Thomas

41. Feky Archelus

42. Sylvestre Michael

43. Huberman Rubain

44. Rafael Liriano

45. Dwight Williams

46. Jessica Rodriguez

Accordingly, the Parties request that the Responders be given thirty (30) days from this Court's Order granting this Joint Motion to execute and return the Settlement Agreement

to the Parties, at which time the Responders shall be dismissed with prejudice from this lawsuit.  Any Responder who does not return an executed Settlement Agreement within the time restrictions stated herein shall be dismissed without prejudice.

4. Plaintiffs' counsel hereby states that the following six (6) Plaintiffs, despite Plaintiffs' counsel's diligent efforts to communicate with them previously, have not responded to any of Plaintiffs' counsel's communications regarding settlement (the "Non-Responders"):

1. Eric Corbin
2. Michael Kraut
3. Willy Elisnord
4. Richard Pitnick
5. Michael Wilson
6. Franz Bien Aime

5. The Parties have agreed that, based upon the Non-Responders' counsel's diligent efforts to contact them on numerous occasions over the last two (2) months, the Non-Responders shall have until January 29, 2010, to come forward and indicate to their counsel their intention to agree to the monies contained herein.  Counsel for the Non-Responders shall file notice with the Court by 11:59 p.m. on January 29, 2010, and identify those Non-Responders who have come forward and indicated as such.  Assuming such timely notification, such Non-Responders will then have thirty (30) days to execute the Settlement Agreement in the form approved by this Court.  Those who either fail to respond or who refuse to execute the Settlement Agreement as agreed upon and approved by the Court shall be dismissed without prejudice.

6. The Parties respectfully request that the Court approve the terms of the Settlement Agreement because it is a fair and reasonable resolution of Plaintiffs' claims.

7. The Parties have been represented by competent counsel.

WHEREFORE, Plaintiffs and Defendants hereby move for the entry of an Order approving their Settlement Agreement as a fair, adequate and reasonable resolution of the claims raised, or which could have been raised, in this litigation and dismissing the Responders with prejudice and dealing with the Non-Responders as this Court deems just and proper.

Respectfully submitted on this 19th day of January, 2010.

| | |
|---|---|
| Kevin D. Smith, Esq.<br>Fla. Bar #0528137<br>kevin.smith@fordharrison.com<br>FORD & HARRISON LLP<br>100 S.E. 2nd Street, Suite 2150<br>Miami, Florida 33131<br>Telephone: (305) 808-2100<br>Facsimile: (305) 808-2101<br><br>**s/ Kevin D. Smith**<br>Attorneys for Defendants | Gregg I. Shavitz<br>Florida Bar No. 11398<br>gshavitz@shavitzlaw.com<br>Hal B. Anderson<br>Florida Bar No. 93051<br>handerson@shavitzlaw.com<br>Camar R. Jones<br>Florida Bar No. 720297<br>cjones@shavitzlaw.com<br>SHAVITZ LAW GROUP PA<br>1515 S. Federal Highway, Suite 404 Boca Raton, FL 33432<br>Telephone: (561) 447-8888<br>Facsimile: (561) 447-8831<br>**s/ Gregg I. Shavitz**<br>Attorneys For Plaintiffs |
| | Richard Celler, Esq.<br>Florida Bar No. 173370<br>rceller@forthepeople.com<br>MORGAN & MORGAN, P.A.<br>6824 Griffin Road<br>Davie, Florida 33314<br>Telephone: (954) 318-0268<br>Facsimile: (954) 333-3515<br><br>**s/ Richard Celler**<br>Attorneys For Plaintiffs |

Miami:120085.1