UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 07-CV-80829-RYSKAMP/VITUNAC

DONALD HAMM, et al.,

    Plaintiffs,
v.

TBC CORPORATION, a
Delaware corporation, et al.,

    Defendants.
_____/

## ORDER DISMISSING CLAIMS WITHOUT PREJUDICE

**THIS CAUSE** comes before the Court upon the parties' notice of settlement **[DE 197]** filed on December 1, 2009, the parties' joint motion for entry of order approving settlement and dismissing plaintiffs' claims **[DE 202]** filed on January 19, 2010, and the parties' notice of compliance **[DE 204]** filed on February 11, 2010. In their notice of compliance **[DE 204]**, the parties indicated that one plaintiff, Eric Corbin, has yet to respond to the offer of settlement and has otherwise failed to prosecute the case. Accordingly, the parties seek dismissal of Mr. Corbin's without prejudice. It is hereby

**ORDERED AND ADJUDGED** that Mr. Eric Corbin's claims are **DISMISSED WITHOUT PREJUDICE.** Pursuant to the Court's February 5, 2010 order **[DE 203]**, the parties shall, on or before March 8, 2010, move for an order of dismissal with prejudice of the claims of those parties who have executed the settlement agreement.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 17 day of February, 2010.

        /s/ Kenneth L. Ryskamp
        KENNETH L. RYSKAMP
        UNITED STATES DISTRICT JUDGE